IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| State of South Carolina, | ) | Case No. 3:21-mc-267-MBS-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Regina M. Hunter El, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Regina M. Hunter El filed this motion seeking permission to file a late notice of removal from a state traffic court. The Clerk of Court docketed this case as a miscellaneous filing. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). On May 21, 2021, Hunter El filed a motion to withdraw her original motion, indicating that the underlying state court matter was resolved. (ECF No. 4.) The court construes the May 21 motion as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Therefore, the Clerk of Court is directed to docket the motion (ECF No. 4) as a notice of voluntarily dismissal without prejudice, terminate Plaintiff's pending motions as moot (ECF Nos. 1 & 5), and close this case.

**IT IS SO ORDERED**.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

June 2, 2021
Columbia, South Carolina